IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| MINH NGUYEN, as personal representative of Michelle Nguyen, | ) ) ) ) | CV 24-00157 HG-KJM |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CLANCY GREFF and KONA ZODIAC LTD., | ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR FAILURE TO PROSECUTE (ECF No. 51)

    The Findings and Recommendation having been filed and served on all parties on November 19, 2025, and no objections having been filed by any party,

    IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation to Dismiss Plaintiff's Second Amended Complaint for Failure to Prosecute (ECF No. 51) is adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    Dated: Honolulu, Hawaii, December 5, 2025.

Helen Gillmor
United States District Judge